WILLIAM EARL, Appellant, v. THOMAS GEORGE, Respondent.

No. 1143; December 20, 1856.

**Appeal—Jurisdiction—Amount Involved.—That** the supreme court may have jurisdiction of an appeal, the record must show the amount in controversy to be over two hundred dollars.

APPEAL from Placer County.

Charles A. Tuttle for appellant; Miller & Hillyer for respondent.

TERRY, J.—The facts of this case as they appear from the record are not sufficient to give this court jurisdiction.

It does not appear that the amount in controversy exceeds two hundred dollars.

Appeal dismissed.

I concur: Murray, C. J.